

U.S. Department of Justice

Tax Division

*Please reply to:*  Appellate Section
P.O. Box 502
Washington, D.C. 20044

*Fax No. 202-514-8456*
*Telephone No. 202-514-3361*

GJKlimas
DJ 5-73-23086
CMN 2024100788

July 29, 2025

Lyle W. Cayce, Esquire
United States Court of Appeals
  for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:   Faulk Company, Inc. v. Robert F. Kennedy, Jr., et al.
            <u>(5th Cir. – No. 25-10773)</u>

Dear Mr. Cayce,

    This letter requests a 30-day (Level I) extension of time for filing and serving the opening brief of appellants Robert F. Kennedy Jr., in his official capacity as Secretary of Health and Human Services; the U.S. Department of Health and Human Services (and its subcomponent the Centers for Medicare and Medicaid Services); Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; and the United States of America (collectively, "the Government").  The Government's opening brief is currently due on August 25, 2025.  If the extension is granted, the Government's opening brief will be due on September 24, 2025.  Neither party has previously sought any extensions of time in this appeal.  Prior to making this request, I conferred with the attorney for appellee Faulk Company, Inc., Taylor Winn, who stated that Faulk does not oppose the requested extension.

    Primary responsibility for representing the Government's interests in this appeal has been assigned to the undersigned attorney.  However, before I can turn to the opening brief in this case, I must finalize the Government's answering brief in *Centro de Trabajadores Unidos, et al. v. Scott Bessent, et*

- 2 -

*al.*, No. 25-5181 (D.C. Cir.), which is due on August 4, 2025. I am also taking previously scheduled leave from August 11 to 15, 2025.

In addition, the Government's appeal may proceed only if authorized by the Solicitor General, after consideration of the views of the Tax Division of the Department of Justice, the views of the Chief Counsel, Internal Revenue Service, and the views of the U.S. Department of Health and Human Services. *See* 28 C.F.R. Part O, Subpart D, §0.20(b). Accordingly, the Solicitor General's authorization must be obtained before the Government can file its opening brief. Although that process is underway, the Solicitor General has not yet made a decision whether to authorize an appeal in this case. If authorization is denied, the Government will dismiss its appeal. Alternatively, if authorization for the appeal is given, it will be necessary to take into account the Solicitor General's views in drafting the Government's brief.

Nor will I be able to focus exclusively on the Government's opening brief during the period covered by the requested extension. I must also prepare for and present oral argument in *Standard Ins. Co., et al. v. Internal Revenue Serv., et al.*, No. 24-4094 (10th Cir.), on September 9, 2025.

Furthermore, this suit involves the interplay between a provision of the Internal Revenue Code (26 U.S.C. §4980H) and the Patient Protection and Affordable Care Act, P.L. 111-148, 124 Stat. 119 (Mar. 23, 2010). In its opinion denying Faulk's motion for attorneys' fees, the District Court characterized the correct interpretation of those statutes as "a matter of first impression" that presented "interpretive challenges." (Doc. 50, p. 3; *see also* Doc. 38, pp. 9 & 11 (characterizing the statutes as "far from perfectly drafted" and acknowledging that "its ruling is not the only possible interpretation of the statutes").)

In accordance with the procedures of the Appellate Section of the Tax Division of the Department of Justice, I must submit a draft of the Government's opening brief for review by a senior attorney prior to filing. Accordingly, the requested extension is necessary to provide me with adequate time to review the record, research the issues, prepare a draft of the Government's opening brief that will be of maximum assistance to the Court, and have the draft reviewed by a senior attorney.

- 3 -

For these reasons, the Government respectfully requests a 30-day extension of time to file its opening brief.

Sincerely yours,

/s/ Geoffrey J. Klimas

GEOFFREY J. KLIMAS
  *Attorney for the Appellants*