# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10773   Faulk Company v. Kennedy
                  USDC No. 4:24-CV-609

The court has granted an extension of time to and including February 6, 2026 for filing appellee's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Jacob Dekeratry
Mrs. Ellen Page DelSole
Mr. Geoffrey Klimas
Mr. David LeFevre
Ms. Mary Elizabeth Smith
Ms. Christine Vanderwater
Mr. Taylor Winn