Case No. 25-10773

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**FAULK COMPANY, INCORPORATED,**

Plaintiff – Appellee,

v.

**ROBERT F. KENNEDY, JR., SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, AND ITS SUB-AGENCY DEFENDANT CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ, ADMINISTRATOR OF THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF CENTERS FOR MEDICARE AND MEDICAID SERVICES,**

Defendants – Appellants.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE
## OF TAYLOR J. WINN AS COUNSEL FOR APPELLEE

| | |
|---|---|
| Taylor Winn | David LeFevre |
| State Bar No. 24115960 | State Bar No. 24072202 |
| taylor.winn@kellyhart.com | david@erisafire.com |
| Jacob A. deKeratry | Christine Vanderwater |
| State Bar No. 24120795 | State Bar No. 24137259 |
| jacob.dekeratry@kellyhart.com | christine@erisafire.com |
| **Kelly Hart & Hallman LLP** | **LeFevre Law, P.C.** |
| 201 Main Street, Suite 2500 | 1302 Waugh Drive, Suite 189 |
| Fort Worth, Texas 76102 | Houston, Texas 77019 |
| (817) 332-2500 | (832) 225-2289 |

**ATTORNEYS FOR APPELLEE FAULK COMPANY, INCORPORATED**

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. APP. P. 26.1 and 5th CIR. R. 28.2.1, Appellee Faulk Company, Incorporated offers this Certificate of Interested Persons.

(1) Number and Style of the Case: No. 25-10773; *Faulk Company, Incorporated v. Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, In his official capacity as Secretary of Health and Human Services; United States of America; United States Department of Health and Human Services, And its sub-agency Defendant Centers for Medicare and Medicaid Services; Mehmet Oz, Administrator of the Centers for Medicare and Medicaid Services, In His Official Capacity as Administrator of Centers for Medicare and Medicaid Services.*

(2) The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualifications or recusal.

| | |
|---|---|
| <u>Appellants:</u> | Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, In his official capacity as Secretary of Health and Human Services; United States of America; United States Department of Health and Human Services, And its sub-agency Defendant Centers for Medicare and Medicaid Services; Mehmet Oz, Administrator of the Centers for Medicare and Medicaid Services, In His Official Capacity as Administrator of Centers for Medicare and Medicaid Services |

| | |
|---|---|
| <u>Counsel for Appellants:</u> | Brett A. Shumate |
| | Joshua Wu |
| | Ellen Page Delsole |
| | Geoffrey J. Klimas |
| | Tax Division, Department of Justice |
| <u>Appellee:</u> | Faulk Company, Incorporated |
| <u>Counsel for Appellee:</u> | Taylor Winn |
| | Jacob A. deKeratry |
| | Kelly Hart & Hallman LLP |
| | |
| | David LeFevre |
| | Christine Vanderwater |
| | LeFevre Law, P.C. |

*/s/ Taylor J. Winn*
Taylor J. Winn

*Attorney of Record for Appellee*
*Faulk Company, Incorporated*

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Appellee Faulk Company, Incorporated ("Faulk") moves to withdraw Taylor J. Winn's appearance as counsel for Faulk. Mr. Winn is departing Kelly Hart & Hallman, LLP effective January 9, 2026. Jacob A. deKeratry of Kelly Hart & Hallman LLP, and David LeFevre and Christine Vanderwater of LeFevre Law, P.C. Faulk will continue to represent Faulk in this Court. Permitting Mr. Winn to withdraw his appearance will not prejudice any party or delay the proceedings. Appellants do not oppose this motion. Accordingly, Faulk respectfully requests that this Court or the Clerk of the Court to permit Mr. Winn to withdraw his appearance as counsel. *See* Fifth Circuit Local Rule 27.1.10 (granting the Clerk discretion to rule on a motion to withdraw appearance).

WHEREFORE, PREMISES CONSIDERED, Appellee Faulk Company, Incorporated prays that the Court grant its unopposed motion to withdraw appearance of Taylor J. Winn as counsel for Appellee.

Respectfully submitted,

*/s/ Taylor J. Winn*
David LeFevre
State Bar No. 24072202
david@erisafire.com
Christine Vanderwater
State Bar No. 24137259
christine@erisafire.com

**LeFevre Law, P.C.**
1302 Waugh Drive, Suite 189
Houston, Texas 77019
(832) 225-2289


Taylor Winn
State Bar No. 24115960
taylor.winn@kellyhart.com
Jacob A. deKeratry
State Bar No. 24120795
jacob.dekeratry@kellyhart.com
**Kelly Hart & Hallman LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

**ATTORNEYS FOR APPELLEE
FAULK COMPANY, INCORPORATED**

## CERTIFICATE OF CONFERENCE

On January 7, 2026 Geoff Klimas, counsel for Appellants, was contacted regarding this motion. Mr. Klimas stated that Appellants are unopposed to the relief sought.

*/s/ Taylor J. Winn*
Taylor J. Winn

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2026, an electronic copy of the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system to all counsel of record.

*/s/ Taylor J. Winn*
Taylor J. Winn

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 146 words, as determined by the word-count function of Microsoft Word 365.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type and style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in fourteen (14) point "Times New Roman" style font.

*/s/ Taylor J. Winn*
Taylor J. Winn

# CERTIFICATE OF ELECTRONIC COMPLIANCE

I hereby certify that, in the foregoing motion filed using the Fifth Circuit CM/ECF document filing system, (1) the privacy redactions required by the Fifth Circuit Rule 25.2.13 have been made, (2) the electronic submission is an exact copy of the paper document, and (3) the document has been scanned for viruses and is free of viruses.

*/s/ Taylor J. Winn*
Taylor J. Winn
